# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1909
LT Case No. 2025-103177-CFDL

_____

CHRISTOPHER THOMAS PETRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Volusia County.
Karen Adams Foxman, Judge.

Matthew J. Metz, Public Defender, and William E. Partington, III, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

April 16, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and KILBANE, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*